# Exhibit A



Form CA 1-A: Notice and Acknowledge for Service by Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Kareemah Bell-Boston
*Plaintiff(s)*

v.

Case No: 2014 CA 166

Manpower International Staffing Agency
*Defendant(s)*

## NOTICE

To (insert name and address of the party to be served):
Manpower International Staffing Agency
1000 Wilson Blvd.
Suite M730
Arlington, VA 22209

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 1/13/2014.

Adrienne J. Marsh
*Signature*

1/13/2014
*Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) ______________________ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): ______________________

______________________ *Signature*

______________________ *Relationship to Defendant/Authority to Receive Service*

______________________ *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
[illegible] (202) 879-4828 [illegible]
Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시요



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

KAREEMAH BELL-BOSTON
Vs. C.A. No. 2014 CA 000166 B
MANPOWER INTERNATIONAL STAFFING AGENCY

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge THOMAS J MOTLEY
Date: January 10, 2014
Initial Conference: 9:30 am, Friday, April 11, 2014
Location: Courtroom 212
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

**ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES**

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Kareemah Bell-Boston
Plaintiff

vs.

Case Number 14-0000166

Manpower International Staffing Agency
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Kareemah Bell Boston
Name of Plaintiff's Attorney

Clerk of the Court

1107 11th Street, N.W. 20001-4326
Address
Apartment 45, Washington, DC

By [signature]
Deputy Clerk

202 733 3138
Telephone

Date 1/10/14

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, ***DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.***

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

[illegible] Bell-Barton
[illegible] 11th Street NW Apt 45
[illegible]ashington DC 20001-4326

*Plaintiff*

Manpower Inter... vs.
[illegible] Wilson Blvd
[illegible]uite M730
[illegible]lington VA 22209

CIVIL ACTION NO. 14-0000166

*Defendants*

RECEIVED
Civil Clerk's Office
JAN 10 2014
Superior Court of the
District of Columbia
Washington, D.C.

**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

[illegible] view attachments according to Manpower International (Columbia Maryland office) I threaten one of their head quarter employees 7:01 am the morning on April 22, 2012. I didn't have a home phone so informed the recruiter Baron Johnson that if she had any positions that matched my profile to email me at [illegible]4000@Hotmail.com according to Juan who also worked for the staffing agency informed me that never worked for Manpower according to his database. want to sue for slander and mental damage.

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 500,000.00 **with interest and costs.**

202 733 3138
**Phone:**

**DISTRICT OF COLUMBIA, SS**

________________________, **being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.**

Fasemah Bell-Barton
**(Plaintiff Agent)**

1/10/14

**Subscribed and sworn to before me this** 10th **day of** January **20** 14.

[signature]
**(~~Notary Public~~/Deputy Clerk)**

FORM CV-1013/ Nov. 00

DC ID EXP 7/2020

EEOC Form 161-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Kareemah Y. Bell-Boston
1107 11th Street, NW, Apt. 45
Washington, DC 20001-4326

From: Washington Field Office
131 M Street, N.E.
Suite 4NW02F
Washington, DC 20507

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10B-2013-00018 | David Gonzalez, State & Local Coordinator | (202) 419-0714 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Mindy E. Weinstein, Acting Director

10/25/2013
*(Date Mailed)*

Enclosures(s)

cc:

Andrea Rubino, Branch Manager
MANPOWER INTERNATIONAL
1000 Wilson Boulevard, Suite M-730
Arlington, VA 22209

Gmail by Google

Able Eden <1994usedhondaprelude@gmail.com>

# RE: Status of your complaint with Manpower of : Wrongful Termination - Confirmation ticket is now closed regarding this issue

1 message

**MP-NA Resolutions, Complaint** <complaint.resolutions@manpower.com>

Tue, Jun 4, 2013 at 4:56 PM

To: "1994usedhondaprelude@gmail.com" <1994usedhondaprelude@gmail.com>

Hello Kareemah Yasmina Bell-Boston ,

I truly apologize for the delay in response to your complaint regarding being blocked /terminated with Manpower , I have tried to get to the bottom of this issue for the last month to get more information since the information in our system is rather limited. I spoke with the Branch Manager of the Arlington, VA Manpower where the representatives Charlene, Bianca, and Juan all work. Unfortunately the initials of the representative that entered this information in the system were not identified with any of the staff from one of the Manpower branch offices in the Washington D.C. area .

It appears that on April 22, 2012 at 7:01AM these notes were added by User name initial MP at the ManpowerGroup World Headquarters . It is possible if you called the headquarters and either spoke to someone about creating a new account or left a voicemail message on someone's phone that appeared to be threatening that you could have been blocked by the representative that received your call.

Due to the serious nature of the note that was recorded which stated only : **PER MP HR THIS EMPLOYEE WAS DISCHARGED FROM MANPOWER FOR THREATS OF VIOLENCE,** the Branch Manager of the Arlington, VA Manpower is not willing to change or reconsider this status in the system and the Regional Director supports this decision.

I truly apologize , but we are not going to be able to assist you with finding employment and thank you for wanting to consider Manpower for possible opportunities.

Good luck on your job search, and thank you again for contacting us .

Best regards,

ManpowerGroup

**Complaint Resolutions**
Communications & Complaint Coordinator : Rebecca
NA Client Support

**ManpowerGroup World Headquarters**

2013 JUN 10 PM 11:08

December 18, 2013

## Important – Your Action Required

Kareemah Bell 000030 009343
1107 11th St Nw Apt 45
Washington, DC 20001-4326

Dear Kareemah Bell,

It's been 60 days since you've used your Assurance Wireless phone, and unfortunately that means that to comply with Federal regulations, we must discontinue your Lifeline service within 30 days of this letter.

Once your Lifeline discount is discontinued, if you want to use your Assurance Wireless phone, you will have to pay 10¢ per minute or text message. You must use your phone at least once every 60 days in order to keep your Lifeline discount and to continue receiving 250 free minutes each month from Assurance Wireless.

It's not too late to save your Lifeline service, though. Just make a phone call from your Assurance Wireless phone within 30 days of this letter and you will continue to receive 250 free voice minutes each month from Assurance Wireless. Why not call a friend or family member to say you're thinking of them? You can call 1-888-350-0555 from your Assurance Wireless phone to confirm and save your service.

We do hope you'll make that call to continue to enjoy the benefits of being connected with Assurance Wireless. If not, it's been our pleasure having you as an Assurance Wireless customer.

Sincerely,

Assurance Wireless

**P.S.** Don't forget to make one call to save your service before it's too late.

**Assurance Wireless:** Additional voice minutes and text messages are 10¢ each. Domestic text prices are to send and receive. Account may expire 150 days after you receive notice of ineligibility for Assurance Wireless service and account balance may be forfeited. See Terms of Service for details. Assurance Wireless is subject to the Terms of Service found on www.assurancewireless.com. **payLo by Virgin Mobile** Basic Rate Plan: Text, email, & IM: 15¢ per msg.; Picture messages: 25¢/msg.; & Web access is $1.50/MB (expires 24 hours after funds are deducted from account). Account active period is based on amt of funds added to acct: 90 days for $20 or more & 45 days for $10-$19.99. Unless sufficient funds are added, your acct will become inactive 24 hours after expiration of active period & your acct balance will be forfeited. payLo by Virgin Mobile is subject to the Terms of Service found on www.virginmobileusa.com. **Other Terms for Assurance Wireless and paylo by Virgin Mobile:** International services are extra. State & local sales taxes & fees may apply when adding funds to your acct. Offer & services are subject to change without notice. Addt'l charges & restrictions may apply. Coverage not available everywhere. Nationwide Sprint Network for voice service reaches more than 280 million people. Sprint 3G Network for data service reaches over 275 million people.

 Comcast

## Service Details

Contact us: www.comcast.com 1-800-XFINITY

| Account Number | 09529 113571-01-4 |
|---|---|
| Billing Date | 06/21/13 |
| Total Amount Due | $75.12 |
| Payment Due by | 07/12/13 |
| | Page 2 of 2 |

For Telephone(s): (202)733-3138

| | | |
|---|---|---|
| Digital Voice Unlimited Promotion | 06/20 - 07/19 | 29.99 |
| Modem Lease-Voice | 06/20 - 07/19 | 7.00 |
| Universal Connectivity Charge | 06/20 - 07/19 | 1.00 |
| Regulatory Recovery Fee | 06/20 - 07/19 | 3.31 |
| Regulatory Recovery Fee | 06/19 | 3.11 |

The Regulatory Recovery Fee is part of the cost of providing Comcast voice service and supports federal, municipal and state programs including, without limitation, universal service. This aggregated fee is not government-mandated, but Comcast is permitted by law to recover these costs from its subscribers. The aggregated fee may vary based on service usage patterns and program surcharge rates. **View Voice Detail at www.comcast.com/viewbill**

| | |
|---|---|
| **Total XFINITY Voice** | **$44.41** |

| | | |
|---|---|---|
| Activation Fee - Voice | 06/19 | 29.95 |
| Install Charge | 06/20 | 0.00 |
| **Total Other Charges & Credits** | | **$29.95** |

Voice

| | | |
|---|---|---|
| 911 Fees | 06/20 - 07/19 | 0.76 |
| **Total Taxes, Surcharges & Fees** | | **$0.76** |

### MORE NEWS FROM COMCAST

Closed Captioning Customers: For assistance call (800)266-2278 or go online for email or live chat at www.comcast.com/support. For written concerns contact N.W. Patel, Comcast Closed Captioning Office, 1701 John F. Kennedy Blvd., Phila., PA 19103-2838, email: Closed_Captioning@Comcast.com , fax:(215)286-4700 or leave a message on our closed captioning line (215)286-8000.

IMPORTANT INFORMATION: Effective June 25, WDCA Movies! will be added to Limited Basic channel 200.

**Franchise Authority**
Government of the District of Columbia
Office of Cable Television
3007 Tilden Street NW POD-P
Washington, DC 20008
(202) 671-0066 Mon-Fri 9am.- 5pm
after 5pm HOTLINE (202) 671-1OCT www.oct.dc.gov

**Late Charge**
A late fee of $5.95 will be assessed for any balance that has not been paid in full by 07-21-13.

**Non-Sufficient Fund Charge**
Applies to all checks that are returned by the bank. This $30.00 fee covers Comcasts costs associated with these transactions.

**Lobby Location**
Mon/Wed/Fri: 8am - 6:30pm; Tues&Thurs 8am - 8pm;
Saturday 8:30am - 3pm
900 Michigan Avenue NE
Washington, DC 20017

**Hearing Impaired/Speech Impaired Call 711**

For all inquiries/questions concerning your service, please call **1-888-966-7552.**

Please send all written correspondence to:
**8110 Corporate Drive, Nottingham, MD 21236**

**Your FCC Community Code is DC0002**

Comcast

| | |
|---|---|
| **Account Number** | **09529 113571-01-4** |
| Billing Date | 06/21/13 |
| Total Amount Due | $75.12 |
| Payment Due by | 07/12/13 |
| | Page 1 of 2 |

**Contact us:** www.comcast.com  **1-800-XFINITY**

KAREEMAH BELL

For service at:
1107 11TH ST NW APT 45
WASHINGTON DC 20001-4326

## Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by 06/21/13 | 0.00 |
| New Charges - *see below* | 75.12 |
| **Total Amount Due** | **$75.12** |
| Payment Due by | 07/12/13 |

## New Charges Summary

| | |
|---|---|
| XFINITY Voice | 44.41 |
| Other Charges & Credits | 29.95 |
| Taxes, Surcharges & Fees | 0.76 |
| Total New Charges | $75.12 |

## News from Comcast

Welcome to Comcast! You've made a great choice in your entertainment provider. This statement includes charges related to your initial installation and first month of service. Please email us at: www.comcast.com or call 1-800-XFINITY (1-800-934-6489) with any questions.

Parents: Do you know you have options to help determine which programming is appropriate for your family? Visit www.comcast.com/Corporate/Customers/Parental Controls.html/ to learn more about parental control features available as part of your Comcast Cable Services or call Customer Service.

Great news! Effective 5/21/2013, Carefree Minutes Mexico 300 will include calls to mobile phones in Mexico as part of the 300 minutes. In addition, per minute rates for calls over the 300 minutes covered by the plan will be reduced from $0.09 to $0.03 for landline calls and will be $0.05 for mobile calls.

*Did You Know*...with **XFINITY Streampix**™, you can enjoy unlimited access to thousands of hit movies and entire past seasons of TV shows -- all for a low monthly fee of $4.99? Watch as much as you want, as many times as you want on your TV, laptop, tablet or smartphone.

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

900 MICHIGAN AVE NE
WASHINGTON DC 20017-1833

------- manifest line --------

KAREEMAH BELL
1107 11TH ST NW APT 45
WASHINGTON DC 20001-4326

| | |
|---|---|
| **Account Number** | **09529 113571-01-4** |
| **Payment Due by** | **07/12/13** |
| **Total Amount Due** | **$75.12** |
| **Amount Enclosed** | $ ________ |

Make checks payable to Comcast

COMCAST
PO BOX 3005
SOUTHEASTERN PA 19398-3005

09529 113571 01 4 8 007512

# Superior Court of the District of Columbia

**CIVIL DIVISION**

**500 Indiana Ave., N.W., Rm—JM-170**

**Washington, D.C. 20001**

*Plaintiff*

vs.

Civil Action No. ____________________

*Defendant*

## ANSWER OF DEFENDANT

DISTRICT OF COLUMBIA, ss:

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

And, therefore, said defendant respectfully demands that this suit be heard in open court.

| DEFENDANT: | ADDRESS: | TELEPHONE NO. |
|---|---|---|
| COPY MAILED TO: (ATTORNEY FOR PLAINTIFF) | | |